```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IGOR SEVASTIANOV,

        Plaintiff,

  -against-

UR JADDOU, et al.,

        Defendants.

24-CV-1075 (DEH) (BCM)

**ORDER REGARDING GENERAL PRETRIAL MANAGEMENT**

**BARBARA MOSES, United States Magistrate Judge.**

Plaintiff filed his complaint on February 9, 2024, against defendants Ur Jaddou, Loren Miller, and Officer 0348. (Dkt. 1.) Summonses were issued as to all three defendants on April 25, 2024 (Dkt. 10), making plaintiff's deadline to serve the summonses (and the complaint) July 24, 2024. *See* Fed. R. Civ. P. 4(m).

On July 25, 2024 (plaintiff not yet having served any defendant), the Court (i) directed the Clerk of Court to re-issue the summonses, and (ii) extended plaintiff's time to serve each defendant with process until 30 days after the re-issuance of the summonses. (Dkt. 13.)

On August 6, 2024, the Clerk re-issued a summons as to all three defendants. (Dkt. 14.) On August 19 and 20, 2024, plaintiff filed proofs of service showing that he served the *original* summonses (dated April 25, 2024) by mail, addressed to the Office of the Chief Counsel of the United States Citizenship and Immigration Services (Dkts. 16-18.) However, plaintiff did not provide proof of service of the complaint on any defendant, by any method.

Proper service generally requires delivery of the summons and "a copy of the complaint." Fed. R. Civ. P. 4(c)(1). Plaintiff may have until **September 27, 2024**, to serve *the re-issued summons and a copy of the complaint* on each defendant, and to file proof of such service on the docket.

Dated: New York, New York
      August 30, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**