USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IGOR SEVASTIANOV,

        Plaintiff,

  -against-

KIKA SCOTT, et al.,

        Defendants.

24-CV-1075 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    After the Court alerted the United States Attorney's Office to the pendency of this action (and to the Proofs of Service filed by plaintiff on September 12, 2024), Assistant United States Attorney Elizabeth Kim filed a notice of appearance on behalf of defendants on February 19, 2025. However, defendants have not answered or otherwise responded to plaintiff's Complaint. Therefore, it is hereby ORDERED that defendants must answer or move against the Complaint no later than **April 17, 2025**.

Dated: New York, New York
       April 3, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**