**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SEVASTIANOV,

                              Plaintiff,

        -against-                             24 **CIVIL** 01075 (DEH)

                                                     **JUDGMENT**

SCOTT et al.,

                            Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2026, Defendants' Motion to Dismiss is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

       March 31, 2026

                                        **TAMMI M. HELLWIG**
                                     _____
                                          **Clerk of Court**

               **BY:**

                                        _____
                                          **Deputy Clerk**